Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000528
27-JUN-2014
08:59 AM

NO. CAAP-14-0000528

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

2455 KIHEI ROAD, LLC,
Plaintiff-Appellee,
v.
NOKAOI DEVELOPMENT LP, DENNIS BLAIN,
Defendants-Appellants,
and
ALOHA MANSIONS, LLC, ASSOCIATION OF
APARTMENT OWNERS OF NAUPAKA COURTYARDS,
Defendants-Appellees,
and
JOHN DOES 1-5, JANE DOES 1-5,
DOE CORPORATIONS 1-5, DOE PARTNERSHIPS 1-5,
DOE ASSOCIATIONS 1-5, DOE GOVERNMENTAL UNITS 1-5,
and DOE ENTITIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0714(2))

ORDER APPROVING THE JUNE 24, 2014
STIPULATION FOR DISMISSAL OF APPEAL
(By: Foley, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of the "Stipulation for Dismissal of
Appeal" (**Stipulation**) filed on June 24, 2014 by Defendants-
Appellants Nokaoi Development LP and Dennis Blain, and the
records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved as stated therein and, pursuant to HRAP Rule 42(a), the appeal is dismissed.

DATED: Honolulu, Hawai'i,  June 27, 2014.

Presiding Judge

Associate Judge

Associate Judge